## THE UNITED STATES AND THE CHEROKEE NATION v. HEMPHILL AND MURCHISON.

### APPEAL FROM THE COURT OF CLAIMS.

No. 529. Motion to dismiss or affirm.—Submitted October 26, 1908.—Decided November 2, 1908.

Appeal from judgment of the Court of Claims fixing amounts to be paid from an Indian fund dismissed for want of jurisdiction.

*Mr. John J. Hemphill* and *Mr. Kenneth S. Murchison,* the appellees, in support of the motion.

*The Attorney General, Mr. Assistant Attorney General John Q. Thompson, Mr. George M. Anderson* and *Mr. William W. Hastings,* for the appellants, in opposition to the motion.

*Per Curiam:* Appeal dismissed for want of jurisdiction. 34 Stat. c. 3504, pp. 325, 340; *Ex parte Atocha,* 17 Wall. 439; Rev. Stat. § 707.